IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHARON L. CLARK                                                                                   No. 3:11-BK-16278
Debtor                                                                                                          Chapter 7

## AUTHORITY TO EMPLOY SPECIAL COUNSEL

The Court having considered the foregoing Petition for Authority to Employ Special Counsel to employ Justin Witkin, Aylstock, Witkin, Kreis & Overholtz PLLC, 17 E Main Street, Suite 200, Pensacola, FL 32502; Darsey L. Glean, The Pulaski Law Firm, PLLC, 2925 Richmond Ave., Ste. 1725, Houston, Texas 77098; Doug Monsour, The Monsour Law Firm, 404 North Green Street, Longview, Texas 75601; Robert L. Salim, Salim-Beasley, LLC, 1901 Texas Street, Natchitoches, LA 71457; and Peter Flowers, Meyers & Flowers, LLC, 225 West Wacker Drive Suite 1515, Chicago IL 60606 to act as attorneys for the estate in the litigation described in the petition, and the Declaration of Justin Witkin, Darsey L. Glean, Doug Monsour, Robert L. Salim, and Peter Flowers is disinterested persons and that their employment is in the best interest of the estate and the economical administration thereof.

**IT IS ORDERED** that A. JAN THOMAS, JR., Trustee herein, is authorized to employ Justin Witkin, Darsey L. Glean, Doug Monsour, Robert L. Salim, and Peter Flowers to act as special counsel for the Trustee and the Estate, with compensation to be paid based upon normal and usual hourly billing rates in such amounts as may be allowed by the Court upon proper application or applications thereof.

**IT IS SO ORDERED.**

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 05/12/2017

CC: Attorney for Debtor(s)
    Debtor(s)
    Trustee

EOD: May 12, 2017